USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLARISSA SINCENO,

                    Plaintiff,

    -v-

THE RIVERSIDE CHURCH IN THE CITY OF NEW YORK,

                    Defendant.
------------------------------------------------------------------X

18-cv-2156 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

       The parties met for a status conference on February 21, 2020 at 9:30 a.m. In connection with the proposed Case Management Plan and Scheduling Order submitted by the parties, Dkt. No. 39-1, it is hereby ORDERED that:

       Fact discovery, including depositions, shall be completed by March 31, 2020;

       Expert discovery shall be completed by March 31, 2020, except for expert discovery pertaining to damages which may be postponed until after dispositive motions are decided or after the time for filing such motions has passed;

       Summary judgment motions, if any, shall be filed by May 1, 2020, with oppositions filed by May 15, 2020, and replies by May 22, 2020.

       A status conference is scheduled for April 6, 2020 at 5:00 p.m. at which a deadline for the joint pretrial order and a trial date will be set.

       SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                                          LEWIS J. LIMAN
                                                          United States District Judge