USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
CLARISSA SINCENO, :
:
                Plaintiff, :
: 18-cv-2156 (LJL)
   -v- :
: ORDER
THE RIVERSIDE CHURCH IN THE CITY OF NEW :
YORK, :
:
                Defendant. :
:
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On February 24, 2020, Defendant submitted two letter motions seeking to limit the scope of deposition testimony to be given by two fact witnesses, Reverend Amy Butler and Sarah Brown, and to extend the time to depose Plaintiff from seven hours to nine hours. Dkt. Nos. 42, 43. Plaintiff filed replies the same day. Dkt. Nos. 44, 45, 46.

       Defendant's requests are GRANTED IN PART and DENIED IN PART.

       Plaintiff may depose Reverend Butler and Ms. Brown about any and all discrimination, retaliation, harassment, or hostile work environment allegations or claims based on age, race, or national origin, including those that arose after April 2017. Plaintiff may not ask either deponent about discrimination, retaliation, harassment, or hostile work environment allegations or claims other than those based on age, race, or national origin. Plaintiff may not ask either deponent about allegations or claims arising from the Minneapolis trip referenced in the parties' letters other than those related to discrimination, retaliation, harassment, or hostile work environment based on age, race, or national origin.

Defendant may depose Plaintiff for a total of eight hours (*i.e.*, one hour more than the default rule under the Federal Rules of Civil Procedure).

SO ORDERED.

Dated: February 28, 2020
      New York, New York

                                            LEWIS J. LIMAN
                                    United States District Judge