```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CLARISSA SINCENO,                                               :
                                                                :
                         Plaintiff,                             :
                                                                :   18-cv-2156 (LJL)
       -v-                                                      :
                                                                :   ORDER
THE RIVERSIDE CHURCH IN THE CITY OF NEW                         :
YORK,                                                           :
                                                                :
                         Defendant.                             :
                                                                :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that discovery in this case is STAYED until July 13, 2020. The parties are directed to submit a letter to the Court on July 13, 2020 indicating the status of settlement.

SO ORDERED.

Dated: June 5, 2020
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge